I concur in the result. On remand the issue of whether the transaction "involved" interstate commerce should be analyzed by reference directly to Citizens Bank v. Alafabco, Inc.,539 U.S. 52, 123 S.Ct. 2037, 156 L.Ed.2d 46 (2003), which reversedSisters of the Visitation v. Cochran Plastering Co.,775 So.2d 759 (Ala. 2000). In my opinion, Service Corp. International v.Fulmer, 883 So.2d 621 (Ala. 2003), and Bowen v. Security PestControl, Inc., 879 So.2d 1139 (Ala. 2003), gratuitously and invalidly expand Citizens Bank, which is already expansive enough, in identifying the characteristics of a transaction that will constitute such "involvement" of interstate commerce as will support the application of the Federal Arbitration Act. See my special writings in Fulmer and Bowen.